■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL LICEA, Appellant. [841 NYS2d 894]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Walsh, J.), imposed April 20, 2004, upon his conviction of burglary in the second degree, upon his plea of guilty.

Ordered that the resentence is affirmed.

The defendant's contention that his resentencing as a persistent violent felony offender violated his constitutional rights pursuant to *Apprendi v New Jersey* (530 US 466 [2000]) is without merit (*see Almendarez-Torres v United States*, 523 US 224, 244 [1998]; Penal Law § 70.08 [1] [a]; *People v Adelman*, 36 AD3d 926, 928 [2007]; *People v Highsmith*, 21 AD3d 1037, 1038-1039 [2005]; *People v Brown*, 16 AD3d 430, 431 [2005]; *People v Renna*, 13 AD3d 398 [2004]). Miller, J.P., Skelos, Covello and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGDALIA RAMIREZ, Appellant. [841 NYS2d 894]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered January 18, 2006, convicting her of promoting prison contraband in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Crane, J.P., Ritter, Fisher, Covello and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN MICHAEL SUPHAL, Also Known as MICHAEL SUPHAL, Appellant. [841 NYS2d 893]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 3, 2004 (*People v Suphal*, 7 AD3d 547 [2004]), affirming a judgment of the Supreme Court, Kings County, rendered May 7, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2003]). Miller, J.P., Schmidt, Crane and Krausman, JJ., concur.